UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORETTE GALE JENKINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:17-cv-01343-JDP<br><br>ORDER ADOPTING PARTIES' PROPOSED BRIEFING SCHEDULE<br><br>(Doc. No. 13) |

Plaintiff Dorette Gale Jenkins has requested an extension of time to file an opening brief, citing her counsel's caseload. Defendant Commissioner of Social Security does not object and the parties have jointly proposed a briefing schedule. (Doc. No. 15.) The court will adopt the parties' proposal.

Accordingly,

1. The parties' request to amend the briefing schedule (Doc. No. 15) is GRANTED.
2. Plaintiff's opening brief is due on Thursday, June 8, 2018.
3. Defendant's response is due on Monday, July 9, 2018.
4. Plaintiff's reply, if any, is due on Tuesday, July 24, 2018.

1

IT IS SO ORDERED.

Dated:   May 31, 2018                                   /s/ *Jeremy D. Peterson*
                                                        UNITED STATES MAGISTRATE JUDGE

3