UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORETTE GALE JENKINS,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:17-cv-01343-JDP<br><br>SECOND ORDER ADOPTING PARTIES' PROPOSED BRIEFING SCHEDULE<br><br>(Doc. No. 17) |

Plaintiff Dorette Gale Jenkins has requested her second extension of time to file an opening brief, citing her counsel's caseload. Defendant Commissioner of Social Security does not object and the parties have jointly proposed a briefing schedule. (Doc. No. 17.) The administrative law judge found that plaintiff had not engaged in substantial gainful activity since January 8, 2008. (Doc. No. 10-3, at 21.) The court will adopt the parties' proposal, but the parties should show good cause before seeking another extension.

Accordingly,

1. The parties' request to amend the briefing schedule (Doc. No. 17) is granted.
2. Plaintiff's opening brief is due on Friday, July 13, 2018.
3. Defendant's response is due on Monday, August 13, 2018.
4. Plaintiff's reply, if any, is due on Tuesday, August 28, 2018.

1

2  IT IS SO ORDERED.

3

4  Dated: ___July 4, 2018___                    _____
                                                UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28