# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| DORETTE GAIL JENKINS, | CASE NO.: 1:17-CV-01343-JDP |
| Plaintiff, | ORDER AWARDING EAJA FEES |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of THREE THOUSAND SEVEN DOLLARS and 67/cents ($3,007.67), as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

IT IS SO ORDERED.

Dated: June 20, 2019

_____
UNITED STATES MAGISTRATE JUDGE